JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS C. PAPPAS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SERGEANT ROJAS, et al.,<br><br>　　　　　　Defendants. | ) Case No. CV 13-3491-CJC (SP)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

　　　Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

　　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: November 21, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE